▄ William P. Saunders, Appellant, v Rochester City School District, Respondent. [899 NYS2d 688]—Appeal from an order of the Supreme Court, Monroe County (David Michael Barry, J.), entered May 1, 2009 in a personal injury action. The order granted the motion of defendant for summary judgment.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on April 14, 2010,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Scudder, P.J., Centra, Carni, Sconiers and Pine, JJ.